IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| ZURICH AMERICAN INSURANCE CO. et al., <br><br> Plaintiffs/ <br> Counterclaim Defendants <br><br> v. <br><br> FIELDSTONE MORTGAGE COMPANY <br><br> Defendant/ <br> Counterclaim Plaintiff | Case 1:06-cv-02055-CCB |

### FIELDSTONE MORTGAGE COMPANY'S MOTION
### FOR PARTIAL SUMMARY JUDGMENT

Defendant/Counterclaim Plaintiff Fieldstone Mortgage Company ("Fieldstone"), by and through counsel, respectfully requests that this Court grant summary judgment on the issue of Plaintiffs/Counterclaim Defendants Zurich American Insurance Company's and American Zurich Insurance Company's duty to defend Fieldstone under the terms of their commercial general liability policies. The undisputed facts and applicable law supporting this motion are more fully and particularly set forth in the accompanying memorandum of points and authorities. A proposed Order is separately submitted.

Respectfully submitted,

*[signature]*

Eric C. Bosset (Bar No. 16938)
Noah B. Monick (Bar No. 16870)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-6000

*Counsel for Fieldstone Mortgage Company*